NEW YORK CASUALTY COMPANY, Respondent, *v.* PETER KUHN, et al., Appellants.

Argued May 17, 1948; decided July 16, 1948.

*Walter Higgins* for motion.

*James F. Donnelly* and *David Targe* opposed.

Motion denied, with $10 costs.